```
               IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW JERSEY
                         CAMDEN VICINAGE
```

| | |
|---|---|
| PATRICIA MUNION, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>ADVANCED MEDICAL OPTICS, INC.,<br>et al.,<br><br>        Defendants. | Civil No. 07-5377 (JHR/JS) |

### AMENDED SCHEDULING ORDER

This Scheduling Order confirms the directives given to counsel during the status conference on April 19, 2010; and the Court noting the following appearances: Jack Meyerson, Esquire, appearing, and Debora O'Neill, Esquire, appearing by telephone on behalf of the plaintiffs; David J. Cooner, Esquire, appearing on behalf of the defendants.

IT IS this **20th** day of **April, 2010,** hereby **ORDERED**:

1. All depositions listed in defendants' April 12, 2010 letter [Doc. No. 122] shall be deemed Court Ordered and shall not be postponed absent leave of court.

2. The deadline for the submission of the final reports and depositions of Drs. Nyman and Bobrove shall be set forth in a future Scheduling Order.

3. **Dispositive Motions**. Dispositive motions shall be filed with the Clerk of the Court no later than **May 14, 2010.** Opposition to the motion should be served in a timely fashion. Counsel are to follow L. Civ. R. 7.1(c), (d) and (e), 56.1 and 78.1 (Motion Practice - Generally).

4. The Final Pretrial Conference previously set for June 24, 2010 is **adjourned.**

5. It will be necessary for counsel to cooperate in preparing the form Joint Final Pretrial Order. The instructions for preparing the Order can be found on the website at http://www.njd.uscourts.gov/otherGuides.html (Pretrial Orders). The Joint Final Pretrial Order (**original and two copies for the court, with sufficient copies for all counsel**), as signed by all counsel, shall be delivered to me **three (3) days before** the

conference on **July 29, 2010 at 3:00 p.m.**  The plaintiffs' portion of the proposed order shall be prepared and sent to defense counsel no later than **June 28, 2010.**  Defendants' portion of the proposed order shall be prepared and returned to counsel for plaintiffs no later than **July 12, 2010.**

**LEAD TRIAL COUNSEL FOR ALL PARTIES SHALL APPEAR AT THE FINAL PRETRIAL CONFERENCE AND SHALL BE PREPARED TO DISCUSS SETTLEMENT OF THE CASE.**

5.   The Court will conduct a telephone status conference on **November 15, 2010 at 10:00 a.m.**  **Plaintiff's counsel shall initiate the telephone conference.**

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER F**ED**. R. C**IV**. P. 16(f).**

                                              s/Joel Schneider  
                                              JOEL SCHNEIDER  
                                              United States Magistrate Judge