# MEYERSON & O'NEILL
### ATTORNEYS AT LAW
1700 MARKET STREET - SUITE 3025
PHILADELPHIA, PA 19103
(215) 972-1376
FAX: (215) 972-0277
Website: www.meyersonlawfirm.com

JACK MEYERSON*
email: jmeyerson@meyersonlawfirm.com

DEBORA A. O'NEILL*
email: doneill@meyersonlawfirm.com

PETER A. GREINER *
email: pgreiner@meyersonlawfirm.com

BETHANY SAMUELS*
email: bsamuels@meyersonlawfirm.com

*Admitted in Pennsylvania and New Jersey

June 16, 2010

**VIA ECF**

Clerk
United States District Court
4015 Martin Luther King Jr.
  Federal Bldg. and US Courthouse
50 Walnut Street
Newark, NJ 07102

RE: Patricia Munion and David Munion v. Advanced Medical Optics and Allergan, Inc., Civil Action NO. 07CV5377

Dear Sir/Madam:

We represent the plaintiffs Patricia and David Munion in the above-captioned matter. Plaintiffs hereby invoke the provisions of Local Rule 7.1(d)(5) and request an automatic adjournment of the Motion for Partial Summary Judgment of Defendant Advanced Medical Optics, Inc. filed on June 7, 2010 (docket no. 142) which is currently returnable on the motion day dated July 6, 2010.

Please adjourn the motion until the next scheduled motion day, which is July 19, 2010. Pursuant to Local Rule 7.1(d)(5), the due date for plaintiffs' response to the Motion for Partial Summary Judgment of Defendant Advanced Medical Optics, Inc. will be extended until on or before July 6, 2010. This is plaintiffs' first request for an extension of time to respond to this motion.

Thank you for your attention to this matter. Please contact me if you have any questions or need additional information.

Very truly yours,

Debora A. O'Neill

cc: David J. Cooner, Esq. (via ECF)
    Zane Riester, Esq. (via ECF)
    Bruce Parker, Esq. (via email)

## CERTIFICATE OF SERVICE

DEBORA A. O'NEILL, ESQUIRE hereby certifies a true and correct copy of the foregoing Rule 7.1 Letter to the Clerk, was served electronically via ECF and by first class mail, postage prepaid, upon counsel of record on June 16, 2010:

>David J. Cooner, Esq.
>Zane C. Riester, Esq.
>McCarter & ENGLISH
>Four Gateway Center
>100 Mulberry Street
>Newark, NJ 07102

Attorneys for Defendant Advanced Medical Optics, Inc.

Debora A. O"Neill